Josephine Lagan, appellee, v. City of Chicago, appellant. Gen. No. 24,200.

Appeal from the Superior Court of Cook county; the Hon. Marcus A. Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed on motion of appellant after remittitur. Opinion filed February 11, 1919.

Samuel A. Ettelson and William H. Devenish, for appellant; Robert H. Farrell, of counsel. M. C. Zacharias and E. E. Placzek, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Lucy C. Catherwood and Robert Catherwood, appellees, v. Carr and Moore (a corporation) et al., on appeal of Carr and Moore, appellant. Gen. No. 24,894.

Interlocutory order restraining defendant from enforcing a decree of sale entered in his favor in a mechanic's lien proceeding. Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed February 11, 1919.

Samuel G. Grodson and Joseph Rosenberg, for appellant. Whitman & Miller, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

---

Herman Kahn and Herman Applebaum, v. Raphael Goldstein et al. Charles L. Hardwick and J. Mary Nelson (cross complainants), plaintiffs in error, v. Herman Kahn, Herman Applebaum and Raphael Goldstein (cross defendants), defendants in error. Gen. No. 23,965.

Action to recover amount deposited as liquidated damages to secure performance of the terms of a lease. Judgment for complainants. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed March 10, 1919.

Chester Arthur Legg, Kenneth B. Hawkins and John G. Carter, for plaintiffs in error. Lipson & Levy, for Raphael Goldstein. Mayer, Meyer, Austrian & Platt, for defendants in error.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

Christina A. Benson, defendant in error, v. Mary W. C. Nelson, plaintiff in error. Gen. No. 24,105.

Action to recover for alienation of affections. Judgment for plaintiff for $10,000. Error to the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed March 10, 1919.

Thomas E. Swanson, for plaintiff in error. West & Eckhart, for defendant in error.

Mr. Presiding Justice Dever delivered the opinion of the court.